UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

05 MAR 31 PM 4: 26

Robert R. Di Trolio, Clerk
242 Federal Building
167 N. Main Street
Memphis, Tennessee 38103
(901) 495-1200

*Deputy-in-Charge*
U.S. Courthouse, Room 262
111 South. Highland Avenue
Jackson, Tennessee 38301
(731) 421-9200

# NOTICE OF RE-SETTING
## Before Judge J. Daniel Breen, United States District Judge

*AS TO TIME ONLY*

March 3, 2005

RE:    2:03cv2605-B
       *CitiCapital Commercial Corporation, et al. v. CTK, Inc., et al.*

Dear Sir/Madam:

A **STATUS CONFERENCE** has been **RESET** before **Judge J. Daniel Breen** from THURSDAY, APRIL 7, 2005 at 10:00 A.M. to **THURSDAY, APRIL 7, 2005** at **8:45 A.M.** to be held in **Courtroom No. 1, 11th floor of the Federal Building, Memphis, Tennessee.**

Counsel should be prepared to discuss the readiness of this case for trial, including the status of discovery and pending motions, with a view toward the prompt setting of the trial date. In addition, counsel should be prepared to discuss their views as to the value of a settlement conference in this case.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: Taffy Elchlepp
Case Manager to Judge J. Daniel Breen
901-495-1238

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:03-CV-02605 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Robert F. Miller
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Louis J. Miller
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Chris W. Dotson
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT