UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 AUG -2 PM 4: 55
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CITICAPITAL COMMERCIAL CORPORATION
f/k/a ASSOCIATES COMMERCIAL CORPORATION;
CITICAPITAL COMMERCIAL LEASING
CORPORATION f/k/a ASSOCIATES LEASING, INC.;
and CITICORP DEL-LEASE, INC.,

JUDGMENT IN A CIVIL CASE

Plaintiffs,

v.

CTK, INC. d/b/a LIFT X TECHNOLOGY and d/b/a
TOYOTA LIFT SOUTH; CTK SERVICES, LLC;
EQUIPMENT ENGINEERING COMPANY;
BERNARD PANCHIKAL, individually and d/b/a
LIFT TRUCK SERVICE & RENTALS; and
GEORGE TERRELL,

CASE NO: 2:03cv2605-B

Defendants.

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulated Consent Order Of FFRCP 41(a) Dismissal Without Prejudice entered on August 1, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

J. DANIEL BREEN
UNITED STATES DISTRICT COURT
8/2/05
Date

THOMAS M. GOULD

_____
Clerk of Court

Earline Brayer
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-3-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:03-CV-02605 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Chris W. Dotson
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Louis J. Miller
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Robert F. Miller
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT